Case file
1:15-CV 00290

to: the clark of the Norther District Court 8-14-16
Hi? my Name is Deon Hampton m15934
in I am writen to you Because I sen't out
a letter to yo'll office about June the second
week about asking for appointment of
counslor cause my Lawyer scott kamin did
not won't to file a motion of appeal so I
writen a letter asking for help in I been
waiten for like almost two month
for a respond I normally get a respond in
like 21 day from the day I mail
ya'll office in I wont to know what
happen in why was I not written back
with a respond   thank you Deon Hampton

**FILED**

AUG 1 7 2016  DC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT